IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ELLIS TRICE                                                                                         PLAINTIFF

v.                                       Case No. 2:13-CV-02266

LIEUTENANT JENKEY, diagnostic unit, Arkansas
Department of Correction; DETECTIVE DONALD
EVERSOLE, Crawford County Sheriff's Department;
DETECTIVE PATTI BONEWELL, Crawford County
Sheriff's Department; SERGEANT PERRY;
DETECTIVE JENNIFER HURD; OFFICER
MELISSA WRIGHT; CAPTAIN DEMANTE; CHIEF
BROWN; INVESTIGATOR FIRESTINE;
INVESTIGATOR BELT; and OFFICER BRAD INGLE             DEFENDANTS

**O R D E R**

Currently before the Court are the findings and recommendations (Doc. 14) of the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas. Also before the Court are Plaintiff's "objection" (Doc. 16) and two supplements (Docs. 17-18) to his objections.

Having reviewed this case and, being well and sufficiently advised, the Court finds that the report and recommendation of the Magistrate is proper and should be and hereby is ADOPTED IN ITS ENTIRETY. The objection and supplements filed by Plaintiff do not address or remedy the issues raised in the Magistrate's report. Accordingly, for the reasons stated in the Magistrate's report and recommendations, IT IS ORDERED that Plaintiff's complaint be DISMISSED WITH PREJUDICE as barred by the applicable statute of limitations and for failure to state a claim on which relief may be granted.

Judgment will be entered accordingly.

IT IS SO ORDERED this 27th day of August, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE